**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Trevor M. Danko                     CHAPTER 13

Debtor(s)

BKY. NO. 23-70225 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
18 Jul 2023, 16:31:10, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: d516dde7e66b767a75a08355a5e09acaf1e507049cedc462214b04f24cca446c